UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MARANDA GILLUM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RECOVERY INNOVATIONS, INC.; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO. 5:17-cv-00190-JGB-DTB<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Action Filed: September 20, 2016<br>Trial Date: None Set |

After consideration of the Joint Stipulation of Dismissal as to the entire action with Prejudice, signed by counsel for Plaintiff and counsel for Defendants Recovery Innovations, Inc., and good cause appearing therein, IT IS HEREBY ORDERED that all causes of action and this matter be dismissed in its entirety, with prejudice as to Defendant Recovery Innovations, Inc., with each side to bear its or her own costs and attorneys' fees.

DATED: April 26, 2017

_____
The Honorable Jesus G. Bernal

1